ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JENNIFER S WANG (CABN 233155)
Assistant United States Attorney
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6967
  Facsimile: (415) 436-6748
  Email:  jennifer.s.wang@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QI WANG,<br><br>    Plaintiff,<br><br>   v.<br><br>RICHARD T. VALEIKA, in his official capacity as Field Office Director of United States Citizenship and Immigration Services; et al.,<br><br>    Defendants. | Case No.  18-cv-02666 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLY BRIEF** |

The parties, though their counsel of record, hereby stipulate as follows:

1. On July 9, 2018, defendants filed a motion to dismiss. ECF No. 11.

2. On July 20, 2018, plaintiff's counsel contacted defendants' counsel to request a two week extension of plaintiff's deadline to file his opposition, from July 23, 2018 until August 6, 2018. Defendants' counsel agreed to plaintiff's request. *See* ECF No. 14. The Court granted plaintiff's motion on July 23, 2018, ECF No. 15, and set the following schedule:

   August 6, 2018: Deadline for Plaintiff's Opposition to Defendants' Motion to Dismiss

   August 13, 2018: Deadline for Defendants' Reply in Support of Motion to Dismiss

   September 6, 2018: Hearing on Defendants' Motion to Dismiss

3. Defendants' counsel will be out of the office on annual leave from August 7 through August 10, 2018.

4. The parties agree, subject to the approval of the Court, to extend defendants' deadline to file their reply in support of the motion to dismiss from August 13, 2018 by one week, until August 20, 2018.

IT IS SO STIPULATED.


DATED: August 1, 2018                          Respectfully submitted,
                                               ALEX G. TSE
                                               Acting United States Attorney

                                               __/s/_____
                                               JENNIFER S WANG
                                               Assistant United States Attorney

DATED: August 1, 2018

                                               __/s/_____
                                               MARGARET STOCK
                                               Cascadia Cross Border Law Group
                                               Attorneys for Plaintiff


* *In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.*

1

2                              **[~~PROPOSED~~] ORDER**

3        Pursuant to the parties' stipulation and good cause having been shown, defendants' deadline to

4   file their reply brief is extended from August ~~6~~, 2018 until August ~~13~~, 2018.
                                               13                          20

5   IT IS SO ORDERED.

6   DATED:    August 1, 2018

7                                                        _____
                                                         HON. EDWARD M. CHEN
8                                                        United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    2